AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

SHARADA KOHN,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-CV-00386-RCJ-RAM**

SHELLY AVERILL, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint [5] and this action is DISMISSED WITH PREJUDICE.

| | |
|---|---|
| July 6, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |